JAMES DAL BON (STATE BAR NUMBER 157942)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

Attorney for Plaintiffs
Robert Davis

STEPHEN GEIST (STATE BAR NUMBER 178839)
THE ISON LAW GROUP
3220 M Street
Sacramento, CA 95816
Tel (916) 492-6555
Fax (916) 492-6556

Attorney for Defendants
Massingham & Associates Management, Inc.
and Norcal Community Services, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAVIS,<br><br>          Plaintiffs,<br><br>     vs.<br><br>MASSINGHAM AND ASSOCIATES,<br>NORCAL., ET AL.<br><br>          Defendants | Case No.: C06-00336 JW<br><br>STIPULATION TO DISMISS WITH PREJUDICE & ORDER |

Pursuant to Fed. R. Civ. Pro. 41(a)(2), plaintiff ROBERT DAVIS, and defendants MASSINGHAM & ASSOCIATES MANAGEMENT, INC. (sued erroneously as MASSINGHAM AND ASSOCIATES), NORCAL COMMUNITY SERVICES INC., ET AL. through their respective counsel, stipulate as follows:

1                                         Case No.   C06-00429 JF

1. Parties have fully resolved their disputes and entered into a Settlement Agreement and Release on April 25, 2006.

2. As such parties respectfully request that the Court dismiss this case in its entirety with prejudice.

3. Each party is to bear its own costs and fees.

                                        DAL BON & WANG

Dated: June ___, 2006          By: /s/_James Dal Bon ____
                                        Attorney for Plaintiff
                                        ROBERT DAVIS

Dated:  June ___, 2006         THE ISON LAW GROUP

                                        By:  /s/_Stephen Geist ____
                                        Attorney for Defendants
                                        MASSINGHAM & ASSOCIATES
                                        MANAGEMENT, INC. and
                                        NORCAL COMMUNITY SERVICES, INC.

_____

[~~PROPOSED~~] ORDER

Pursuant to parties' stipulation, IT IS SO ORDERED.

Dated:  June 28, 20006         By: _____
                                        James Ware
                                        United States District Judge
                                        For District for Northern California

2                               Case No.   C06-00429 JF

**STIPULATION TO DISMISS WITH PREJUDICE**
Davis vs Massingham